1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
4  Nevada Bar Number 10233
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Phillip.Smith@usdoj.gov

7  *Counsel for the United States*

FILED

2019 FEB 13  AM 10: 20

U.S. MAGISTRATE JUDGE

BY_____

8              **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
9

10  UNITED STATES OF AMERICA,

          Plaintiff,

11  vs.

12

    EDUARDO LIMON,
13
          Defendant.
14

15

16

Magistrate No.   2:19-mj-00122-NJK

**COMPLAINT** for violations of :

Title 18, United States Code, Sections 922(j)
and 924(a)(2) - *Possession of a Stolen Firearm*

Title 26, United States Code, Sections 5841,
5861(d), and 5871 - *Possession of an*
*Unregistered Firearm*

17      BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

18  Complainant, being duly sworn, deposes and states:

19                          **COUNT ONE**
                      *Possession of a Stolen Firearm*
20

21      On or about February 12, 2019, in the State and Federal District of Nevada,

22                        EDUARDO LIMON,

23

24

1

1 | defendant herein, knowingly possessed a stolen firearm, which had been shipped and

2 | transported in interstate commerce, knowing and having reasonable cause to believe that the

3 | firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

4 | ### COUNT TWO
*Possession of an Unregistered Firearm*

5 |

6 | On or about February 12, 2019, in the State and Federal District of Nevada,

7 | EDUARDO LIMON,

8 | defendant herein, knowingly possessed a firearm that had not been registered in the National

9 | Firearm Registration and Transfer Record, in violation of Title 26, United States Code,

10 | Sections 5841, 5861(d), and 5871.

11 | ### PROBABLE CAUSE AFFIDAVIT

12 | Complainant, Christopher D. Loudermilk, as a Special Agent with the Bureau of Alcohol,

13 | Tobacco, Firearms, and Explosives (ATF), states the following as and for probable cause:

14 | 1.    Your Affiant is a Special Agent employed by the Bureau of Alcohol, Tobacco,

15 | Firearms, and Explosives (ATF), and has been in that position since May 2018. Your Affiant is

16 | currently assigned to the Las Vegas Field Office and responsible for investigating violent

17 | crimes, to include, but not limited to gang activity, narcotics violations, and federal firearms

18 | violations.  Your Affiant have has approximately thirteen years of experience of prior law

19 | enforcement as a city police officer with the cities of Newport News Virginia, Staunton

20 | Virginia, and Charlottesville Virginia.  Your Affiant's training and experience as a Police

21 | Officer includes, but is not limited to investigating gang activity, narcotics possession and

22 | distribution, firearms offenses, robbery, burglaries, felonious assaults, domestic disturbances,

23 | response to critical incidents, Riot Control, interviewing, as well as numerous other state and

24 | local offenses.

2.      The following information contained within this Criminal Complaint is based upon my own participation in this investigation, as well as information and reports provided to me by other law enforcement personnel.  This Affidavit does not necessarily include any and all information reference this investigation, but rather only those facts necessary to establish Probable Cause.  All times noted are approximate.

## FACTS ESTABLISHING PROBABLE CAUSE

3.      During the timeframe of January 20, 2019 and January 29, 2019, a total of 65 firearms were stolen from the business inventory of four separate Federal Firearms Licensees (FFLs) at the 2019 Shooting, Hunting, and Outdoor Trade (SHOT) Show, located at the Sands Expo Center, 201 Sands Ave., Las Vegas, NV 89169.  The items reported stolen are further described as follows:

| MAKE | MODEL | CAL. | TYPE | SERIAL # | FFL |
|------|-------|------|------|----------|-----|
| Tisas-Trabzon | Regent SP-1 | 9mm | Pistol | T0620-17CA00152 | LKCI, Ltd. |
| Tisas-Trabzon | Regent SP-2 | 9mm | Pistol | T0620-17CA00156 | LKCI, Ltd. |
| Tisas-Trabzon | Faith 13 | .380 | Pistol | T0620-18J00041 | LKCI, Ltd. |
| Tisas-Trabzon | Regent P45 | .45 | Pistol | T0620-17Y00415 | LKCI, Ltd. |
| Tisas-Trabzon | Regent P45 | .45 | Pistol | T0620-17BT00007 | LKCI, Ltd. |
| Tisas-Trabzon | Regent CC45 | .45 | Pistol | T0620-17AP00002 | LKCI, Ltd. |
| Tisas-Trabzon | Regent CC45 | .45 | Pistol | T0620-17BU00005 | LKCI, Ltd. |
| Tisas-Trabzon | Regent CC45 | .45 | Pistol | T0620-17BU00006 | LKCI, Ltd. |
| Advanced Armament | Cyclops | .50 | Silencer | 500097 | Remington Arms |
| High Standard | 103 | .22LR | Pistol | 1183064 | Remington Arms |
| Ruger | 22/45 Lite | .22LR | Pistol | 391-23465 | Remington Arms |
| Advanced Armament | Cyclops | .50 | Silencer | 50-0061 | Remington Arms |
| Heckler & Koch | MP5A3 | 9mm | Machine Gun | 62-334300 | Remington Arms |
| Advanced Armament | Mini-4 | 5.56 | Silencer | A10438 | Remington Arms |
| Advanced Armament | Aviator 2 | .22LR | Silencer | AV203427 | Remington Arms |

| Advanced Armament | Aviator 2 | .22LR | Silencer | AV203428 | Remington Arms |
|---|---|---|---|---|---|
| Advanced Armament | 762-SD | 7.62 | Silencer | B15561 | Remington Arms |
| Glock | 43 | 9mm | Pistol | BBUF003 | Remington Arms |
| Denel Land Systems | SS77 MK1 | .30-06 | Machine Gun | DLS00233 | Remington Arms |
| Advanced Armament | Element 2 | .22LR | Silencer | EL22987 | Remington Arms |
| Remington | R4E | 5.56 | Machine Gun | FFR000018 | Remington Arms |
| FNH | FNX-45 | .45 | Pistol | FX3U036523 | Remington Arms |
| Advanced Armament | MG-SD | 7.62 | Silencer | G0826 | Remington Arms |
| Advanced Armament | MG-SD | 7.62 | Silencer | G0829 | Remington Arms |
| Advanced Armament | SR-5 | 5.56 | Silencer | H00750 | Remington Arms |
| Advanced Armament | Halcyon | .22 | Silencer | HAL0275 | Remington Arms |
| Advanced Armament | Halcyon | .22 | Silencer | HAL0278 | Remington Arms |
| Advanced Armament | Halcyon | .22 | Silencer | HAL0635 | Remington Arms |
| Smith & Wesson | M&P9 | 9mm | Pistol | HPX4209 | Remington Arms |
| Advanced Armament | Illusion | 9mm | Silencer | IL902694 | Remington Arms |
| Advanced Armament | M4-2000 | 5.56 | Silencer | M08138 | Remington Arms |
| Advanced Armament | M4-2000 | 5.56 | Silencer | M6593 | Remington Arms |
| Remington | R-10 | 7.62 | Rifle | MA000085 | Remington Arms |
| Remington | R-5 | 5.56 | Rifle | MB000046 | Remington Arms |
| Springfield | XDM | 9mm | Pistol | MG445400 | Remington Arms |
| Advanced Armament | MK13-SD | .300WM | Silencer | MK00496 | Remington Arms |
| Advanced Armament | MK13-SD | .300WM | Silencer | MK00499 | Remington Arms |
| Marlin | 1894 | .357 MAG | SBR | MR53419E | Remington Arms |
| Advanced Armament | 762-SDN-6 | 7.62 | Silencer | N12665 | Remington Arms |

| | | | | | |
|---|---|---|---|---|---|
| Remington | 1911R1 | 9mm | Pistol | RHH018551 | Remington Arms |
| Remington | 700 | .308 WIN | Pistol | RR30824L | Remington Arms |
| Remington | 700 | 6.5 | Rifle | RR30968L | Remington Arms |
| Glock | 19 | 9mm | Pistol | SGX924 | Remington Arms |
| Advanced Armament | Titan-QD | .338 LM | Silencer | TI 00002 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TIQD 01525 | Remington Arms |
| Advanced Armament | TI-Raid 30 | .300 WIN | Silencer | TIR00001 | Remington Arms |
| Advanced Armament | TI-Raid 30 | .300 WIN | Silencer | TIR00002 | Remington Arms |
| Advanced Armament | TI-Raid 30 | .300 WIN | Silencer | TIR00004 | Remington Arms |
| Advanced Armament | 300TM | .300 WM | Silencer | TM00324 | Remington Arms |
| Advanced Armament | 300TM | .300 WM | Silencer | TM10196 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TR45M 0044 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TR45M 0075 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TR45M04953 | Remington Arms |
| Advanced Armament | Tirant9M | 9mm | Silencer | TR9M01210 | Remington Arms |
| Advanced Armament | Tirant9M | 9mm | Silencer | TR9M01211 | Remington Arms |
| Advanced Armament | Tirant9M | 9mm | Silencer | TR9M01267 | Remington Arms |
| Advanced Armament | SR-7 | 7.62 | Silencer | X01341 | Remington Arms |
| Advanced Armament | SR-7 L | 7.62 | Silencer | X01394 | Remington Arms |
| Advanced Armament | SR-5 | 5.56 | Silencer | X50210 | Remington Arms |
| Glock | 34 | 9mm | Pistol | YVY715 | Remington Arms |
| Sauer & Sohn | S100 | 6.5 | Rifle | C017857 | Blaser USA, Inc. |
| Mauser | M18 | 6.5 | Rifle | LC014288 | Blaser USA, Inc. |
| Mauser | M18 | 6.5 | Rifle | LC014277 | Blaser USA, Inc. |
| UNK | 1911 | .380 | UNK | CIT066652 | Legacy Sports Intl. |
| UNK | 1911 | .380 | UNK | CIT066651 | Legacy Sports Intl. |

1      4.      On February 8, 2019, the ATF Las Vegas Field Office was first informed of the

2   aforementioned thefts and thereby commenced an investigation, in conjunction with the Las

3   Vegas Metropolitan Police Department (LVMPD) Crime Gun Intelligence Center (CGIC).

4   It should be noted that all of the firearms identified as a "silencer" or a "machine gun" or an

5   "SBR" are firearms required to be registered in the National Firearms Registration and Transfer

6   Record.

7      5.      It should be noted that the SHOT Show requires FFLs to either disable or

8   remove the firing pins from all displayed firearms prior to them entering the Sands Expo

9   Center.

10      6.      On February 9, 2019, the ATF issued an FFL Alert to licensees located within

11   Clark County, Nevada.  The FFL Alert requested licensees to be attentive for any individuals

12   seeking gunsmithing services or, more specifically, firing pins.

13      7.      On February 10, 2019, C.M., the owner/manager of Gun Shop Las Vegas, an

14   FFL located at 2980 St. Rose Pkwy., Ste. #130, Henderson, NV 89052, contacted the ATF Las

15   Vegas Field Office in reference to the aforementioned FFL Alert.  C.M. advised that, on

16   February 9, 2019, three individuals, further described as being a Hispanic male adult (HMA), a

17   black male adult (BMA), and a black female adult (BFA), entered his business.  C.M. further

18   advised that the HMA purchased a Mossberg & Sons, Model Maverick 88, 12-gauge shotgun,

19   serial number MV0334608.  Upon acquiring a copy of the ATF Firearms Transaction Record

20   (ATF Form 4473) in reference to said transaction, the HMA was identified as Eduardo

21   LIMON.

22      8.      C.M. advised that the BMA and LIMON inquired about a firing pin for an AR-

23   style firearm.  C.M. asked whether they had lost or broken the firing pin, to which LIMON and

24   the BMA replied they were told by an associate that the firing pin needed to be replaced when it

1   was cleaned.  Based upon this conversation, C.M. arrived at the conclusion that the individuals

2   were unfamiliar and/or new to firearms.  C.M. advised that he inquired as to what LIMON did

3   for a living, to which LIMON replied that he worked at shows and conventions.  C.M. asked

4   LIMON if he worked at the SHOT Show, to which LIMON replied in the affirmative.

5       9.      In addition to the aforementioned shotgun, LIMON also purchased a MAGPUL

6   PMAG 20-round AR-10 magazine.

7       10.     The unidentified BMA purchased .223 caliber ammunition, a MAGPUL PMAG

8   40-round magazine, a MAGPUL PMAG 30-round Gen 2 magazine, and a MAGPUL MOE

9   M-LOK MVG Grip, all paid for in cash.

10      11.     During a follow-up investigation, ATF Agents and CGIC Detectives reviewed

11  surveillance footage from Gun Shop Las Vegas in reference to the aforementioned encounter.

12  The surveillance footage showed a black Chevrolet Impala arrive in front of the business and

13  the previously mentioned three individuals subsequently exit the vehicle and enter the business.

14  The Chevrolet Impala in question had apparent chrome door handles and was missing a front

15  license plate.

16      12.     On February 11, 2019, ATF Special Agent ("SA") G. Painton conducted a

17  canvass of the apartment complexes located in the vicinity of Gun Shop Las Vegas.  During

18  said canvass, SA Painton observed a black Chevrolet Impala with chrome door handles and a

19  missing front license plate parked at The Pearl Apartments, located at 10250 Spencer St., Las

20  Vegas, NV 89183.  A query of the rear license plate (NV# GK D022) returned results showing

21  the registered owner to be Jamikko FOSTER.  Upon reviewing a Nevada Department of Motor

22  Vehicles (DMV) photograph of FOSTER, agents positively identified him as being the

23  unidentified BMA who entered Gun Shop Las Vegas two days prior.

24

13.     On February 11, 2019, ATF SA M. LaRusso contacted Freeman Co., who is contracted with the National Shooting and Sports Foundation (NSSF), which organizes and operates the SHOT Show every year, in reference to obtaining a Payroll Report for Freeman employees who worked the 2019 SHOT Show.  More specifically, SA LaRusso sought information about those employees on Freeman Company's payroll between January 25, 2019 and January 27, 2019, as this was the timeframe during which it was believed the theft of 52 firearms from Remington Arms occurred.  A Freeman Company payroll roster listed Jamikko FOSTER as having been paid for eight hours.  The payroll roster also listed FOSTER's corresponding Task Number as # 005, which is the task number utilized to identify the following:  Exhibit Freight Fork Operator, Ground Guy, Pusher, Airfreight, Small package, Foreman, Supervisors, Leads.

14.     On February 11, 2019, Freeman Co. provided SA LaRusso with copies of the Freight Crew sign-in sheets during the timeframe of January 25, 2019, and January 27, 2019.  A timesheet dated January 25, 2019, listed Jamikko FOSTER as having worked during the timeframe of 2300 – 0758 hours, with a half hour lunch break.

15.     On February 11, 2019, LVMPD CGIC Detective / ATF Task Force Officer (TFO) T. Chapman obtained state telephonic search warrants for FOSTER's residence, located at 10250 Spencer St., Apt. # 2024, Las Vegas, NV 89183, and vehicle, further described as a 2013 Chevrolet Impala (NV# GK D022; VIN# 2G1WC5E37D1209739).  ATF and the LVMPD CGIC subsequently served said warrant and recovered the following firearms from FOSTER's residence:

///

| MAKE | MODEL | CAL. | TYPE | SERIAL # | FFL |
|------|-------|------|------|----------|-----|
| Tisas-Trabzon | Regent SP-1 | 9mm | Pistol | T0620-17CA00152 | LKCI, Ltd. |
| Tisas-Trabzon | Regent SP-2 | 9mm | Pistol | T0620-17CA00156 | LKCI, Ltd. |

| Tisas-Trabzon | Faith 13 | .380 | Pistol | T0620-18J00041 | LKCI, Ltd. |
|---|---|---|---|---|---|
| Tisas-Trabzon | Regent P45 | .45 | Pistol | T0620-17Y00415 | LKCI, Ltd. |
| Tisas-Trabzon | Regent P45 | .45 | Pistol | T0620-17BT00007 | LKCI, Ltd. |
| Tisas-Trabzon | Regent CC45 | .45 | Pistol | T0620-17AP00002 | LKCI, Ltd. |
| Tisas-Trabzon | Regent CC45 | .45 | Pistol | T0620-17BU00005 | LKCI, Ltd. |
| Advanced Armament | Cyclops | .50 | Silencer | 500097 | Remington Arms |
| High Standard | 103 | .22LR | Pistol | 1183064 | Remington Arms |
| Ruger | 22/45 Lite | .22LR | Pistol | 391-23465 | Remington Arms |
| Advanced Armament | Cyclops | .50 | Silencer | 50-0061 | Remington Arms |
| Heckler & Koch | MP5A3 | 9mm | Machine Gun | 62-334300 | Remington Arms |
| Advanced Armament | Mini-4 | 5.56 | Silencer | A10438 | Remington Arms |
| Advanced Armament | Aviator 2 | .22LR | Silencer | AV203428 | Remington Arms |
| Advanced Armament | 762-SD | 7.62 | Silencer | B15561 | Remington Arms |
| Glock | 43 | 9mm | Pistol | BBUF003 | Remington Arms |
| Denel Land Systems | SS77 MK1 | .30-06 | Machine Gun | DLS00233 | Remington Arms |
| Advanced Armament | Element 2 | .22LR | Silencer | EL22987 | Remington Arms |
| Remington | R4E | 5.56 | Machine Gun | FFR000018 | Remington Arms |
| FNH | FNX-45 | .45 | Pistol | FX3U036523 | Remington Arms |
| Advanced Armament | MG-SD | 7.62 | Silencer | G0826 | Remington Arms |
| Advanced Armament | MG-SD | 7.62 | Silencer | G0829 | Remington Arms |
| Advanced Armament | SR-5 | 5.56 | Silencer | H00750 | Remington Arms |
| Advanced Armament | Halcyon | .22 | Silencer | HAL0278 | Remington Arms |
| Advanced Armament | Halcyon | .22 | Silencer | HAL0635 | Remington Arms |
| Smith & Wesson | M&P9 | 9mm | Pistol | HPX4209 | Remington Arms |
| Advanced Armament | Illusion | 9mm | Silencer | IL902694 | Remington Arms |
| Advanced Armament | M4-2000 | 5.56 | Silencer | M08138 | Remington Arms |

| | | | | | |
|---|---|---|---|---|---|
| Advanced Armament | M4-2000 | 5.56 | Silencer | M6593 | Remington Arms |
| Remington | R-5 | 5.56 | Rifle | MB000046 | Remington Arms |
| Springfield | XDM | 9mm | Pistol | MG445400 | Remington Arms |
| Advanced Armament | MK13-SD | .300WM | Silencer | MK00496 | Remington Arms |
| Advanced Armament | MK13-SD | .300WM | Silencer | MK00499 | Remington Arms |
| Marlin | 1894 | .357 MAG | SBR | MR53419E | Remington Arms |
| Advanced Armament | 762-SDN-6 | 7.62 | Silencer | N12665 | Remington Arms |
| Remington | 700 | .308 WIN | Pistol | RR30824L | Remington Arms |
| Remington | 700 | 6.5 | Rifle | RR30968L | Remington Arms |
| Advanced Armament | Titan-QD | .338 LM | Silencer | TI 00002 | Remington Arms |
| Advanced Armament | TI-Raid 30 | .300 WIN | Silencer | TIR00001 | Remington Arms |
| Advanced Armament | TI-Raid 30 | .300 WIN | Silencer | TIR00002 | Remington Arms |
| Advanced Armament | TI-Raid 30 | .300 WIN | Silencer | TIR00004 | Remington Arms |
| Advanced Armament | 300TM | .300 WM | Silencer | TM00324 | Remington Arms |
| Advanced Armament | 300TM | .300 WM | Silencer | TM10196 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TR45M 0044 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TR45M 0075 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TR45M04953 | Remington Arms |
| Advanced Armament | Tirant9M | 9mm | Silencer | TR9M01211 | Remington Arms |
| Advanced Armament | Tirant9M | 9mm | Silencer | TR9M01267 | Remington Arms |
| Advanced Armament | SR-7 | 7.62 | Silencer | X01341 | Remington Arms |
| Advanced Armament | SR-7 L | 7.62 | Silencer | X01394 | Remington Arms |
| Advanced Armament | SR-5 | 5.56 | Silencer | X50210 | Remington Arms |

| Glock | 34 | 9mm | Pistol | YVY715 | Remington Arms |
|---|---|---|---|---|---|
| Sauer & Sohn | S100 | 6.5 | Rifle | C017857 | Blaser USA, Inc. |
| Mauser | M18 | 6.5 | Rifle | LC014288 | Blaser USA, Inc. |
| Advanced Armament | | | Silencer | JA000003 | [This is registered to Remington, but was not reported stolen] |
| Advanced Armament | | | Silencer | JA000002 | [This is registered to Remington, but was not reported stolen] |

16.     On February 12, 2019, LVMPD CGIC Detective / ATF Task Force Officer (TFO) T. Chapman obtained a state telephonic search warrant for Eduardo LIMON's residence, located at 7990 Crowder St., Las Vegas, NV 89139.  ATF and the LVMPD CGIC subsequently served said warrant and recovered the following firearms from LIMON's residence:

| **MAKE** | **MODEL** | **CAL.** | **TYPE** | **SERIAL #** | **FFL** |
|---|---|---|---|---|---|
| Tisas-Trabzon | Regent CC45 | .45 | Pistol | T0620-17BU00006 | LKCI, Ltd. |
| Arms Corp. | M1911-A1C2 | 9mm | Pistol | CIT029778 | [This firearm was reported stolen by Legacy Sports Intl. under LVMPD Event # 170117-0759] |
| Advanced Armament | Halcyon | .22 | Silencer | HAL0275 | Remington Arms |
| Remington | R-10 | 7.62 | Rifle | MA000085 | Remington Arms |
| Remington | 1911R1 | 9mm | Pistol | RHH018551 | Remington Arms |
| Glock | 19 | 9mm | Pistol | SGX924 | Remington Arms |
| Advanced Armament | Tirant45M | .45 | Silencer | TIQD 01525 | Remington Arms |
| Advanced Armament | Tirant9M | 9mm | Silencer | TR9M01210 | Remington Arms |
| Mauser | M18 | 6.5 | Rifle | LC014277 | Blaser USA, Inc. |
| Maverick Arms | 88 | 12 gauge | Shotgun | MV0334608 | [LIMON purchased this firearm from Gun Shop Las Vegas on 02.09.19] |

17.     One of the pistols had a clamp attached to a security cable, which was still attached to the trigger guard.  The cable was cut approximately one inch from the trigger guard. Based on your Affiant's training and experience, this would give any reasonable person knowledge or reasonable cause to believe that said firearm had been recently stolen.

18.     SA LaRusso, based on his completion of the ATF Interstate Nexus Training Program in 2012 and the ATF Advanced Interstate Nexus Training Program in 2015, is of the opinion that the aforementioned firearms have been previously shipped and/or transported interstate, thereby affecting interstate commerce.

19.     On February 12, 2019, SA LaRusso contacted ATF Industry Operations Investigator (IOI) J. Han, who conducted queries of FOSTER and LIMON in the ATF National Firearms Registration and Transfer Record (NFRTR), which returned negative results reference having any National Firearms Act (NFA) firearms registered in their name.

20.     Based on the foregoing, your Complainant believes that there is probable cause to believe that, on or about February 12, 2019, Eduardo LIMON committed the offenses of Possession of a Stolen Firearm, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2); and Possession of an Unregistered Firearm, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

Christopher D. Loudermilk, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED and SWORN to before me
This 12th day of February, 2019.

UNITED STATES MAGISTRATE JUDGE